UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT FORD, | Case No. 2:19-cv-00443-MMD-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| FEDERAL HIGHWAY ADMINSTRATION, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Plaintiff's failure to file his Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (ECF No. 1) in this matter was filed on March 14, 2019. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, the parties have failed to comply. Accordingly,

. . .

. . .

. . .

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **April 26, 2019**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 12th day of April, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE