UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT FORD,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL HIGHWAY ADMINSTRATION, *et al*.,<br><br>　　　　　　　　　Defendants. | Case No. 2:19-cv-00443-MMD-GWF<br><br>**ORDER** |

　　　This matter is before the Court on Plaintiff's failure to comply with the Court's Order (ECF No. 5).

　　　Plaintiff is proceeding in this action *pro se* and she submitted a complaint on March 14, 2019. *See Complaint* (ECF No. 1). On April 12, 2019, the Court ordered Plaintiff to file his Certificate as to Interested Parties pursuant to LR 7.1-1, no later than April 26, 2019. (ECF No. 5). The Court warned Plaintiff that failure to comply with the Court's order would result in the issuance of an order to show cause why sanctions should not be imposed. To date, Plaintiff has failed to comply with the Court's order. Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **June 17, 2019**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

　　　Dated this 24th day of May, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　*George Foley Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1